IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION



UNITED STATES OF AMERICA

v.                                    CRIMINAL NO. 3:06cr120HTWJCS-001

CLIFFORD RAY HESTER

### ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed herein, the United States Attorney for the Southern District of Mississippi hereby dismisses Count 1 of the Criminal Indictment against CLIFFORD RAY HESTER without prejudice.

> DUNN LAMPTON
> United States Attorney
>
> By: *[signature]*
> SANDRA G. MOSES
> Assistant U.S. Attorney
> GA Bar No. 283185

Leave of Court is granted for the filing of the foregoing dismissal.

ORDERED this 25th day of January, 2007.

*[signature]*
UNITED STATES DISTRICT JUDGE